1 N.Y.2d 651 (1956)
In the Matter of The Estate of Guido Pernisi, Deceased. Fronia Mahar, Respondent; Romano Pernisi, as Administrator of The Estate of Guido Pernisi, Deceased, Appellant.
Court of Appeals of the State of New York.
Argued January 9, 1956.
Decided February 17, 1956.
Donald N. Salvetti and Morris Garber for appellant.
Rocco P. Regitano for respondent.
Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.
Order affirmed; no opinion.